1  NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
2  JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
3  SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
4  400 South Fourth Street, Third Floor
Las Vegas, Nevada  89101
5  Telephone:  702/791-0308
Facsimile:  702/791-1912
6
Attorney(s) for Defendant BARRY SHEPARD
7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10  VICTORIA M. LUPEI, O.D., a PROF. CORP.,
a Nevada Professional Corporation, individual
11  and on behalf of all persons similarly situated,          Case No.:  2:11-cv-00035-RLH-RJJ

12                     Plaintiffs,

13        v.

14  BARRY SHEPARD; DOES 1 through X,
inclusive,
15
                     Defendant.
16

17  **STIPULATION AND ORDER FOR DISMISSAL**

18        IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff

19  VICTORIA M. LUPEI, O.D., a Professional Corporation ("Plaintiff") and counsel for Defendant

20  BARRY SHEPARD ("Defendant") that the claims of Plaintiff in the above-entitled shall be

21  dismissed with prejudice, each party to pay their own fees and costs.   Any other claim

22  encompassed in the above-entitled action shall be dismissed without prejudice.

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

08995-01/Stipulation and Order to Dismiss.DOC                                        1

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON



1       A trial date has not been set in this matter.

2   Dated this 16th day of March, 2011        Dated this 16th day of March, 2011

3   MARQUIS AURBACH COFFING      SANTORO, DRIGGS, WALCH,
    KEARNEY, HOLLEY & THOMPSON

4

5   */s/ Candice E. Renka*            */s/ James E. Whitmire*
    PHILLIP S. AURBACH, ESQ.      NICHOLAS J. SANTORO, ESQ.
    Nevada Bar No. 1501              Nevada Bar No. 0532

6   CANDICE E. RENKA, ESQ.       JAMES E. WHITMIRE, ESQ.
    Nevada Bar No. 11447           Nevada Bar No. 6533

7   10001 Park Run Drive          400 South Fourth Street, Third Floor
    Las Vegas, NV  89145          Las Vegas, Nevada  89101

8

9   *Attorney for Plaintiff Victoria M. Lupei, O.D.*    *Attorneys for Defendant Barry Shepard*

10

11                           **ORDER**

12         **IT IS SO ORDERED.**

13

14  _____
    CHIEF UNITED STATES DISTRICT JUDGE

15

16  DATED:  March 18, 2011

17

18

19

20

21

22

23

24

25

26

27

28

08995-01/Stipulation and Order to Dismiss.DOC                2